IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK ROBERTSON, PETITIONER, | § § § § § | Civil Action No. |
| VS | § § § | *DEATH PENALTY CASE* |
| RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, RESPONDENT | § § § § § § | 3-13CV0728-G |

## MOTION FOR APPOINTMENT OF COUNSEL

Undersigned counsel Franklyn R. Mickelsen requests that this court appoint counsel to represent Mark Robertson in his federal habeas corpus proceedings. This motion is made pursuant to 18 U.S.C. §3599, 28U.S.C. 2254, and Art. 11.071(2)(e), TEX.C.CRIM.PRO. In support of this request, counsel states as follows:

### Procedural History

Mr. Robertson was tried and convicted of capital murder in 265th Judicial District Court of Dallas County, Texas, and sentenced to death.

Pursuant to TEX. C. CRIM. PRO. Art. 11071, the Texas Court of Criminal Appeals approved the appointment of Franklyn R. Mickelsen to represent Mr. Robertson in his state post-conviction writ application. A timely petition for a writ of habeas corpus was filed thereafter filed with the state courts of Texas.

On January 9, 2013 the Texas Court of Criminal Appeals denied Mr. Robertson's application for writ of habeas corpus. See attached Ex. A. Counsel is now obligated to

move for the appointment of federal habeas counsel under 18 U.S.C. § 3599. See, Art. 11.071 § 2(e), TEX.C.CRIM.PRO. Texas law requires that counsel file a copy of the motion with the Court of Criminal Appeals pursuant to Article 11.071, Sec. 2(e), Texas Code of Criminal Procedure.

### Right to Counsel

Throughout his previous state proceedings, Mr. Robertson has been represented by court appointed counsel. Mr. Robertson was then and is now without the means to retain counsel. A copy of Mr. Robertson's Application to Proceed in Forma Pauperis as well as his notarized Inmate Account information print out are included as Attachment B.

Mr. Robertson has not previously filed a federal petition for a writ of habeas corpus.

Mr. Robertson is entitled to the appointment of counsel. Mr. Robertson has constitutional claims for relief which he will request be addressed be a federal court. He is entitled to the assistance of counsel in order to present those claims.

WHEREFORE, PREMISES CONSIDERED, movant requests that the court appoint new and qualified counsel to represent Mr. Robertson in the pursuit of his federal remedies under 28 U.S.C.§2254.

Respectfully Submitted,

Franklyn R. Mickelsen
TX Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 fax

## Affidavit

My name is Franklyn R. Mickelsen. I am the movant in the foregoing motion for the appointment of counsel. The allegations are true and correct.



Franklyn R. Mickelsen

Before me appeared Franklyn R. Mickelsen, who states that the allegations in the foregoing motion for the appointment of counsel are true.

SWORN and SUBSCRIBED to, before me, the undersigned authority, on February 15, 2013.

LUCY MONREAL
Notary Public, State of Texas
My Commission Expires
August 04, 2015

NOTARY PUBLIC
STATE OF TEXAS

# ATTACHMENT A



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-30,077-03

EX PARTE MARK ROBERTSON

ON APPLICATION FOR WRIT OF HABEAS CORPUS
CAUSE NO. F-8985961-L IN CRIMINAL DISTRICT COURT NO. 5
DALLAS COUNTY

*Per curiam.*

## ORDER

This is a post conviction application for writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure article 11.071.

Applicant was convicted in 1991 of capital murder. TEX. PENAL CODE ANN. § 19.03(a)(2). Based on the jury's answers to the special issues, the trial court sentenced him

to death. Art. 37.071(b).[1] This Court affirmed applicant's conviction and sentence on direct appeal. *Robertson v. State,* 871 S.W.2d 701 (Tex. Crim. App. 1993). This Court denied relief on his first Article 11.071 application for a writ of habeas corpus. *Ex parte Robertson,* No. WR-30,077-01 (Tex. Crim. App. Nov. 18, 1998) (not designated for publication). Applicant later filed a subsequent application for a writ of habeas corpus which included a previously unavailable *Penry* claim. We vacated his death sentence and remanded the case to the trial court for a new punishment hearing. *Ex parte Robertson,* No. AP-74,720 (Tex. Crim. App. Mar. 12, 2008) (not designated for publication). In July of 2009, based on the jury's answers to the special issues set forth in the Texas Code of Criminal Procedure, Article 37.0711, sections 3(a) and 3(b), the trial court again sentenced applicant to death. Art. 37.0711, § 3(g). We affirmed applicant's sentence on direct appeal. *Robertson v. State,* No. AP-71,224, 2011 Tex. Crim. App. Unpub. LEXIS 154 (Tex. Crim. App. Mar. 9, 2011) (not designated for publication), *cert. denied,* 132 S.Ct. 844.

Applicant presented a single allegation in his application in which he challenges the validity of his sentence. After holding a live evidentiary hearing, the trial court entered findings of fact and conclusions of law and recommended that relief be denied.

This Court has reviewed the record with respect to the allegation made by applicant. We agree with the trial judge's recommendation and adopt the trial judge's findings and conclusions, except for paragraphs 1, 2, and 3, which indicate that the allegation is

---

[1] Unless otherwise indicated, all references to Articles are to the Texas Code of Criminal Procedure.

Robertson - 3

procedurally barred. Based upon the trial court's findings and conclusions and our own review of the record, relief is denied.

IT IS SO ORDERED THIS THE 9TH DAY OF JANUARY, 2013..

Publish/Do Not Publish

A True Copy
Attest:
Abel Acosta, Clerk
Court of Criminal Appeals of Texas

By:_____
Deputy

# ATTACHMENT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
__Dallas__ DIVISION

__Mark Robertson #000992__
Plaintiff's name and ID Number

__Polunsky Unit__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

__Brad Livingston__
__P.O. Box 13084 - Capitol Station__
__Austin, TX 78711-3084__
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Mark Robertson__, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes ☐   No ☐
    b. Rent payments, interest or dividends?   Yes ☐   No ☐
    c. Pensions, annuities or life insurance payments?   Yes ☐   No ☐
    d. Gifts or inheritances?   Yes ☒   No ☐
    e. Family or friends?   Yes ☒   No ☐
    f. Any other sources?   Yes ☐   No ☐

    If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

    _I get $170 a month from a friend in England to live on._

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes ☒   No ☐
    If you answered **YES**, state the total value of the items owned.

    _$160 in a savings account._

- 1 -

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐     No ☑

If you answered **YES**, describe the property and state its approximate value.

_____
_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this the ___30th___ day of __January__, 20_13_.

        _/s/ Mark Robertson_    000992
        Signature of Plaintiff     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __Polunsky Unit__
(name of institution)
where __Mark Robertson__, Inmate ID No. __000992__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ _____.

(2) During the past six months, the prisoner's:

Average monthly balance was $ _____.

Average monthly deposits to the prisoner's account were $ _____.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this __30th__ day of __January__, 20__13__.

_____
Authorized Officer

_____
Institution of Confinement

### Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

__Mark Robertson__
Signature of Prisoner/Plaintiff/Appellant
Institution ID No. __000992__

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE         01/30/13
TLMO/DCO5027              IN-FORMA-PAUPERIS DATA                  10:15:42
TDCJ#: 00000992 SID#: 03807763 LOCATION: POLUNSKY         INDIGENT DTE:
NAME: ROBERTSON,MARK                     BEGINNING PERIOD: 07/01/12
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       106.40 TOT HOLD AMT:        0.00 3MTH TOT DEP:   651.41
6MTH DEP:        1,071.41 6MTH AVG BAL:       41.60 6MTH AVG DEP:   178.57
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/12     40.83          265.00        09/12     44.75          170.00
11/12     67.61          170.00        08/12     57.67          220.00
10/12     96.95          216.41        07/12     23.87           30.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Polk_
ON THIS THE _30_ DAY OF _January_, _13_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



HENRY DENNIS COKER
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 08/14/2016
NOTARY WITHOUT BOND



NOTARY WITHOUT BOND

# BRODEN & MICKELSEN
## ATTORNEYS-AT-LAW

Board Certified, Criminal Law - Texas Board of Legal Specialization

*A team approach to criminal defense*

F. Clinton Broden                                              Mick Mickelsen

**3-13CV0728-G**                    February 8, 2013

Clerk's Office
U.S. District Court for the Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas 75242



Re:   *Mark Robertson v. Rick Thaler, Director of TDCJ*

Dear Clerk:

Please find enclosed the original Motion for Appointment of Counsel for the above-referenced case as well as a copy for the judge.

If you have any questions or concerns, please call me at the number below. Thank you for your assistance.

                                        Sincerely,

                                        Lucy Monreal
                                        Legal Assistant

Enclosure
CC w/enclosure:
Court of Criminal Appeals
Capitol Station
P.O. Box 12308
Austin, Texas 78711

---

2600 State Street • Dallas, Texas 75204 • Tel. (214) 720-9552 • Fax (214) 720-9594
www.texascrimlaw.com



**BRODEN & MICKELSEN**
ATTORNEYS-AT-LAW
Board Certified, Criminal Law - Texas Board of Legal Specialization
2600 State Street • Dallas, Texas 75204



FEB 13 2013

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3-13CV0728-G

Clerk's Office
U.S. District Court for the Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas 75242

